445 A.2d 248

Franklin etc., et al., Appellants v. Keystone Insurance Co.

Argued September 10, 1980. Marshall E. Kresman, for appellants; John G. Jenemann, for appellee.

Before CERCONE, P. J., and WICKERSHAM and VAN der VOORT, JJ.

Order affirmed.

VAN der VOORT, J., filed a memorandum dissenting statement.

445 A.2d 248

Harding et al., Appellants v. William D. Peart & Sig. Del.

Argued November 17, 1981. Fred B. Fromhold, for appellants; Edward F. Kane, for appellees.

Before CERCONE, P. J., and McEWEN and HOFFMAN, JJ.

Affirmed.